SLACK v. MONTROSE et al. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Fanny G. Slack against Samuel H. Montrose and others. No opinion. Order affirmed, with $10 costs and disbursements.

SLADE v. SQUIER et al. (Supreme Court, Appellate Division, First Department. May, 1909.) Action by Howard Slade against Frank Squier and another. No opinion. Motion granted on conditions stated in memorandum per curiam. Settle order on notice.

In re SLIZUK. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Justina Slizuk. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMALL, Respondent, v. HOUSMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Ida Small against Clarence J. Housman and another. G. Zabriskie, for appellants. A. H. Townley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMILLIE, Respondent, v. McCLINTIC-MARSHALL CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Annie Smillie, as administratrix, etc., of Robert Smillie, deceased, against the McClintic-Marshall Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re SMITH. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application of Henry Colborn Smith for admission to the bar. No opinion. Application granted.

SMITH, Appellant, v. BOARD OF SUP'RS OF ESSEX COUNTY, Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Frank E. Smith against the Board of Supervisors of the County of Essex.
PER CURIAM. Order of affirmance amended, so as to state that the order is affirmed, not as a matter of discretion, but upon the grounds stated in the order appealed from. The motion for leave to go to the Court of Appeals granted, and the following question certified: Was the application for injunction properly denied upon the grounds stated in the order made at Special Term denying same? See, also, 116 N. Y. Supp. 1148.

SMITH, Appellant, v. GEIGER, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Jeffrey Smith against William Geiger.
PER CURIAM. Judgment affirmed, with costs.
HIRSCHBERG, P. J., dissents.

SMITH, Respondent, v. HAMELL, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by William Smith against Henry W. Hamell. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Appellant, v. PEYROT, Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Clement N. Smith against Louis A. Peyrot. J. G. J. Langbein, for appellant. R. S. Guernse, for respondent.
PER CURIAM. Determination (116 N. Y. Supp. 543) affirmed, with costs. Order filed.
PATTERSON, P. J., and CLARKE, J., dissent.

SMITH, Respondent, v. PHŒNIX BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Cora A. Smith, as administratrix, etc., against the Phœnix Bridge Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle questions before SPRING, J., on two days' notice. See, also, 118 N. Y. Supp. 95.

SMITH, Respondent, v. SMITH, Street Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Alfred E. Smith against Benjamin E. Smith, as Street Commissioner, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified as proposed by the respondent. See, also, 116 N. Y. Supp. 1071.

SMITH v. WOODRUFF et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Anna Smith, as administratrix, etc., against Caroline B. Woodruff and others, as executors, etc. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs.

SMITHER, Appellant, v. SMITHER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Lucretia C. Smither against Robert K. Smither.
PER CURIAM. Order affirmed, without costs.
KRUSE, J., dissents.

SMYTH et al., Appellants, v. FOX, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Louis Smyth and others against Julius B. Fox. L. H. Beers, for appellants. E. M. Shepard, for respondent. No opinion. Judgment affirmed, with costs, on opinion of Houghton, J., 128 App. Div. 534, 112 N. Y. Supp. 819, on former appeal. Order filed.